```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

CARTAY A. COLEMAN,            )
                              )
             Movant,          )
                              )
        v.                    )    No. 4:05CV1888 ERW
                              )
UNITED STATES OF AMERICA,     )
                              )
             Respondent.      )

## MEMORANDUM AND ORDER

This matter is before the Court upon the motion of Cartay A. Coleman to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1].

### Background

Movant pled guilty to one count of distributing cocaine base and possessing with intent to distribute cocaine base.  See United States v. Coleman, No. 4:03CR719(ERW) (E.D. Mo.).  On April 7, 2004, movant was sentenced to 145 months imprisonment and three years supervised release.  Id.  Movant did not appeal either his convictions or his sentences.

### The motion

Movant alleges that his conviction and sentence are invalid under Booker v. United States, 125 S. Ct. 738 (2005).

**Discussion**

Title 28 U.S.C. § 2255 now provides that a one-year period of limitations applies to § 2255 motions. Because movant did not appeal his conviction and sentence, he had until approximately April 19, 2005, to file a § 2255 motion. The instant § 2255 motion was not filed until October 17, 2005. Therefore, the instant § 2255 motion is time barred.

Additionally, the Supreme Court's decision in <u>Booker</u> does not apply retroactively to cases on collateral review. <u>See Never Misses A Shot v. United States</u>, 413 F.3d 781 (8th Cir. 2005).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that movant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [Doc. #1] is **DISMISSED**, with prejudice.

An appropriate order shall accompany this memorandum and order.

So Ordered this 16th Day of November, 2005.

*[signature]*

**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**